UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THERESA A. JONES,

          Plaintiff,

-vs-                               Case No. 6:06-cv-1355-Orl-28KRS

CMS OF CENTRAL FLORIDA, INC.,
CARMINE MCWEENEY,

          Defendants.
_____

# ORDER

This case is before the Court on the Parties' Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss Case with Prejudice (Doc. No. 27) filed July 6, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 16, 2007 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The settlement agreement is approved.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of September, 2007.

*[Signature]*

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party